**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JESSE BOONE, *as next of kin and administrator of the Estate of CHRISTINE BOONE, deceased*   *

    Plaintiff   *

vs.   *

Case Number 1:07-CV-213 (WLS)

MEDECON MEDICAL SERVICES, INC. and DONNA BARFIELD,   *

    Defendants   *

## J U D G M E N T

Pursuant to this Court's Order dated September 19, 2008, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case. Plaintiff shall recover nothing from Defendants.

This 22nd day of September, 2008.

                Gregory J. Leonard, Clerk

                S/ Joan B. King
                Deputy Clerk